IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAYTON ANDREWS, | No. 4:19-CV-02107 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE BRETHREN MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

## ORDER

### MARCH 28, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant The Brethren Mutual Insurance Company's Motion for Partial Summary Judgment (Doc. 28) is **GRANTED**.

2. Defendant The Brethren Mutual Insurance Company's Motion to Quash Notices of Deposition (Doc. 39) is **DENIED** as moot.

3. The Court will schedule a telephonic status conference call with counsel of record by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge