**CERTIFICATE OF SERVICE**

Martin A. Durkin, Esquire, hereby certify that a true and correct copy of Defendant's Response to Plaintiff's Motion in Limine has been forwarded to the following counsel of record, listed below, via email on the 28th day of August, 2023, addressed as follows:

James J. Amato, Esquire
Eric M. Prock, Esquire
**FANELLI, EVANS & PATEL, P.C.**
No. 2 Mahantongo Street
Pottsville, PA 17901

**DURKIN LAW OFFICES, P.C.**

By: /s/ Martin A. Durkin
     Martin A. Durkin, Esquire