# CURRICULUM VITAE


## RUSSEL L. ANDRESS , IAAI-CFI
Fire Origin and Cause Investigator

AMERICAN FIRE LOSS ANALYSIS Inc.
54 Helen St. Plains, PA 18705
Email-randress@comcast.net
Cellular 570-814-1298 Fax 570-822-5756


**CAPABILITIES:**

Qualified to investigate fire and explosion scenes, locate the fires point of origin or seat of the explosion. Identify, collect and document all manner of fire scene evidence. Prepare detailed investigative reports containing origin and cause analysis, witness statements, photographs, diagrams, arc mapping and video where required. Render a professional opinion with respect to fire origin and cause , and provide expert testimony as a result of those investigations. I have conducted numerous successful subrogation and liability investigations, and am well versed in the proper procedures . I use a systematic approach utilizing the Scientific Method as outlined in NFPA 921. I can review investigations conducted by opposing experts and assist in preparation of pending court action.

**Education**

Graduate of Wyoming Valley West HS– 1985
United States Army 1985-1988 and 1990-1991(Persian Gulf War)
Graduate of the Pa Corrections Academy– 1993
Graduate of the PA State Police Academy-1994
Graduate of the PA State Fire Academy– 1999
Graduate of the National Fire Academy- 2001

**EXPERIENCE**

Vice-President American Fire Loss Analysis Inc.-2015-Present
Pennsylvania State Trooper 1994-2015 (Retired)
Fraud consultant for Blue Cross of NEPA 2011-2016
Full time fire investigator 1999-2015
Investigated more than 1800 fires in Pennsylvania, New York ,New Jersey, Delaware, Maryland and the British Cayman Islands. These investigations include residential structures, commercial structures , vehicles, heavy equipment, gas and oil facilities, pipelines, explosion incidents , and approx. 100 fatal fires..

**Positions Held**

2015– Present– Vice-President
American Fire Loss Analysis Inc.

1999-2015—Deputy Fire Marshal
Pennsylvania State Police
Responsible for the determination of fire origin and cause, criminal investigation and prosecution.

2011-2016– Fraud Consultant
Blue Cross of Northeast PA
Assist the SIU department with potential medical fraud cases. Interview patients and clients. Make

# CURRICULUM VITAE

## Licenses and Certifications:

Licensed State of Pennsylvania Private Investigator
Certified Fire Investigator– (CFI) International Association of Arson Investigators
Certified Fire Investigator- (CFI) Pa State Fire Commissioner
Certified Fire Investigator- (CFI) National Board of Fire Service Professional Qualifications

## COURT QUALIFICATIONS

Qualified and Testified as an expert in Fire Investigation on 25 occasions in the following courts. These cases include criminal and civil trials.

US Federal Court– Middle District of Pennsylvania
Lackawanna County Court– Pennsylvania
Wayne County Court –Pennsylvania
Susquehanna County Court– Pennsylvania
Pike County Court– Pennsylvania

Have given sworn depositions regarding fire investigations throughout Pennsylvania on more than 50 occasions.

## FIRE INVESTIGATION INSTRUCTION

Developed the **Fire Scene Evidence** program and presented same to fire departments throughout Northeast Pennsylvania.

Member of development group which produced and taught the **Investigation of Critical Incidents at Gas and Oil Well Sites.**

Developed the **Spontaneous Ignition Program** for the American Society of Safety Engineers.

Instructed on scene fire investigation to new Deputy State Police Fire Marshals.

## SPECIALIZED TRAINING

Arson Detection and Fire Investigation - Pa State Fire Academy– 1999
Advanced Arson Detection and Fire Investigation– Pa State Fire Academy-1999
Arson Detection Seminar– PIAA-1999
Post Blast Investigation-Protection Planning LLC -1999
Advanced Post Blast Investigation– Protection Planning LLC-2000
Motor Vehicle Fire Investigation– Northeast Mechanical Services. –2000
Fire and Arson Investigation– National Fire Academy– 2001
Statement Analysis Course-Pa State Police Academy-2001
Interview and Interrogation course– Pa State Police Academy-2001
Appliance Fire Investigation– Tri Fire Consultants-2002
Electrical Fire Investigation– Pa State Fire Academy-2004
Principles of Building Construction /Combustible– Luzerne County Community College-2006
Principles of Building Construction / Non/ Combustible– Luzerne County Community College-2006
Basic Photography– Pa State Police Academy-2006
Respiratory Protection for Fire Investigators (SCBA)-Pa State Fire Academy-2006
Working with Industrial Electrical Systems– American Trainco-2007

# CURRICULUM VITAE

## SPECIALIZED TRAINING CONTINUED

Post Blast Investigation– US Dept. of Justice– 2007
Fire Investigation Scene Safety– IAAI CFI Trainer-2007
Ethics and the Fire Investigator -IAAI CFI Trainer– 2007
The Scientific Method for Fire and Explosion Investigation -IAAI CFI Trainer-2007
Investigating Motor Vehicle Fires- IAAI CFI Trainer– 2007
Introduction to Fire Dynamics and Modeling- IAAI CFI Trainer– 2007
Insurance and the Fire Investigator- IAAI CFI Trainer– 2007
Fatal Fire Victim Documentation– Tripwire Operations Group– 2007
Analysis of the Station Nightclub Fire-IAAI CFI Trainer– 2007
Documenting the Event- IAAI CFI Trainer– 2008
Physical Evidence at the Fire Scene- IAAI CFI Trainer– 2008
Investigating Fatal Fires- IAAI CFI Trainer– 2008
Fire Investigation Utilizing NFPA 921/1033- IAAI CFI Trainer– 2008
Introduction to Evidence- IAAI CFI Trainer– 2008
Digital Photography- IAAI CFI Trainer– 2008
Understanding Fire Through the Candle Experiment- IAAI CFI Trainer– 2008
Managing Complex Fire Scenes- IAAI CFI Trainer– 2008
Hazards of Fires in Vacant / Abandoned Buildings- IAAI CFI Trainer– 2008
Courtroom Testimony and Demeanor– MAGLOCLEN—2008
Emergency Response to Terrorism– National Fire Academy– 2009
Principles of Wildland Fire Behavior– National Wildfire Coordinating group– 2009
Post Flashover Fires- IAAI CFI Trainer– 2009
Fire Prevention Training– National Fire Academy– 2009
Intro. To Wildland Fire Behavior– National Wildfire Coordinating Group– 2009
ARC Mapping Basics- IAAI CFI Trainer– 2009
Determining Responsibility in Arson Cases- IAAI CFI Trainer– 2009
Prep for the Marine Fire Science- IAAI CFI Trainer-2009
Effective Investigation and Testimony- IAAI CFI Trainer– 2009
Fundamentals of Residential Building Construction- IAAI CFI Trainer– 2010
Electrical Fire Investigation– Dept. of Justice / ATF– 2010
Electrical Aspects of Fire Investigation– BATF– 2010
Well Control Incident Management– BTI Inc.– 2010
Electrical Safety- IAAI CFI Trainer– 2010
Fundamentals of Interviewing- IAAI CFI Trainer– 2010
Hazardous Materials Awareness– Bucks County Comm. College– 2010
The HAZWOPER Standard- IAAI CFI Trainer– 2010
Evidence Examination in the Lab- IAAI CFI Trainer– 2010
Impact of First Responders on the Fire Scene- IAAI CFI Trainer– 2010
Conflict Resolution and Confrontation Management– SKILLPATH– 2010
Explosion Dynamics– IAAI CFI Trainer-2010
Review of the Charleston Sofa Store Fire– IAAI CFI Trainer– 2011
Search and Seizure- IAAI CFI Trainer– 2011
2011 NFPA Changes- IAAI CFI Trainer– 2011
Hazardous Materials Operations– Harrisburg Area Community Coll.– 2012
NFPA 1033 and your Career- IAAI CFI Trainer– 2012
Using Resources to Validate your Hypotheses- IAAI CFI Trainer—2012
Fundamentals of Rotary Screw Gas Compression– SAGE Energy– 2013
Hazardous Materials Operations (recertification)– HACC– 2013
Control Panel Function, Types and Process Control– Spartan Controls Inc.-2013
Basic Electricity- IAAI CFI Trainer 2014

# CURRICULUM VITAE

## SPECIALIZED TRAINING CONTINUED

Residential Electrical Systems- IAAI CFI Trainer– 2014
Ethics and the Social Media- IAAI CFI Trainer– 2014
Writing the Origin and Cause Report– IAAI CFI Trainer-2015
Investigating Natural Gas Systems– IAAI CFI Trainer-2015
The Deposition Part1– IAAI CFI Trainer-2015
The Deposition Part 2– IAAI-CFI Trainer– 2015
Structural Suppression– Bucks County Community College– 2016
Fire Control –Bucks Control– Bucks County Community College-2016
Attack & Backup Lines– Bucks County Community College– 2016
Motor Vehicles: Engine,Electrical,Ignition & Fuel Systems-IAAI CFI-2017
Motor Vehicle: Transmission,Exhaust,Brake, and Accessories-IAAI CFI-2017
Intro. To Youth Set Fires-IAAI-CFI Trainer-2017
Discovery in Criminal Cases-IAAI CFI Trainer-2017
Ethical Duties Beyond the Fire Scene-IAAI CFI Trainer-2017
Discovery in Civil Cases-IAAI CFI Trainer-2018
Fire Chemistry-IAAI CFI Trainer-2018

## PROFESSIONAL AFFILIATIONS

INTERNATIONAL ASSOCIATION OF ARSON INVESTIGATORS– 1999-Present
PA STATE TROOPERS ASSOCIATION-1995-2015 (Retired)
NATIONAL ASSOCIATION OF SUBROGATION PROFESSIONALS-2016
NORTHEAST PENNSYLVANIA CLAIMS ASSOCIATION-2019