IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAYTON ANDREWS, | No. 4:19-CV-02107 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE BRETHREN MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

## ORDER

### OCTOBER 12, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Clayton Andrews' Motions in *Limine* to exclude evidence of the purchase price of the property (Doc. 63) and to exclude evidence of the post-fire sale and sale price of the property (Doc. 69) are **DENIED**.

2. Andrews' Motions in *Limine* to exclude evidence of the prior water loss (Doc. 65); evidence of Andrews' brothers' prior fire losses (Doc. 67); the expert report and testimony of Richard Andress (Doc. 73); and evidence that Andrews sought a certain amount of replacement value insurance (Doc. 75) are **GRANTED**.

3. Defendant The Brethren Mutual Insurance Company's Motion in *Limine* to exclude evidence of the absence of an arrest or prosecution arising from the fire (Doc. 77) is **GRANTED**.

4. The Court reserves judgment on Andrews' Motion in *Limine* to exclude evidence or argument limiting the amount of damages recoverable to the actual cash value of the property (Doc. 71).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge